## Degillio *v.* Degillio, Appellant.

Argued March 5, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Nicholas R. Degillio,* for appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, March 19, 1963:
Orders affirmed; appellant to pay the costs.